**SUBT**
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
**COFER, GELLER & DURHAM, LLC**
601 South Tenth Street
Las Vegas, Nevada 89101
P: (702) 631-6111
F: (702) 946-0826
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>FERNANDO LARA-MARTINEZ,<br><br>             Defendant. | Case no. 2:14-cr-202 |

**SUBSTITUTION OF ATTORNEY**

COMES NOW the Defendant, FERNANDO LARA-MARTINEZ, and hereby substitutes BENJAMIN C. DURHAM, ESQ., of COFER, GELLER & DURHAM, LLC, as Defendant's attorney of record in the above-entitled action, in place and stead of the Federal Public Defender, on this 12 day of June, 2014.

By: /s/ Fernando Lara<br>FERNANDO LARA-MARTINEZ

BENJAMIN C. DURHAM, ESQ., of COFER, GELLER & DURHAM, LLC, hereby accepts and consents to the above and foregoing substitution as attorney of record for Defendant FERNANDO LARA-MARTINEZ in the above-entitled action, in place and stead of the Federal Public Defender, on this 12 day of June, 2014.

COFER, GELLER & DURHAM, LLC<br><br>By: /s/<br>BENJAMIN C. DURHAM, ESQ.<br>Nevada Bar No. 7684

1 of 3

1  The Federal Public Defender hereby consents to the above and foregoing substitution
2  of BENJAMIN C. DURHAM, ESQ., of COFER, GELLER & DURHAM, LLC, as attorney of record for
3  Defendant FERNANDO LARA-MARTINEZ in the above-entitled matter.
4  DATED this 16 day of June, 2014.

FEDERAL PUBLIC DEFENDER

By: _____
Federal Public Defender

IT IS SO ORDERED.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   June 19, 2014